CURTIS LEE MORRISON (CSBN 321106)
Red Eagle Law LC
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Phone: (714)661-3446
Email: curtis@redeaglelaw.com
*Attorney for Plaintiffs*

PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I St., Ste. 10-100
Sacramento, CA 95814
Telephone: (916) 554-2764
E-mail: elliot.wong@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILAA IQBAL, ET AL.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, ET AL.,<br><br>                    Defendants. | CASE NO.  2:23-CV-01299-KJM-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME OF PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 143**<br><br>District Court Judge Kimberly J. Mueller |

Defendants filed their Notice of Motion and Motion for Summary Judgment, Points and Authorities on December 11, 2023. ECF No. 24. Under Defendants' view, looking at LR 230 and 260, Plaintiffs' deadline to file an opposition to the motion is December 25, 2023. Under Plaintiffs' view, looking to LR 261, Plaintiffs' deadline to file an opposition to the motion is January 25, 2024. Basically, the parties disagree on whether this is an administrative record case.

However, Defendants have already interviewed one Beneficiary Plaintiff, and scheduled the remaining Beneficiary Plaintiffs for interviews on January 29, 2024 at US Embassy Islamabad, making it extremely likely that the matter will be moot before the briefing would be completed under either view.

Thus, the parties stipulate to continuing Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment until February 24, 2024.

Dated:  December 22, 2023

/s/ *Curtis Lee Morrison*
CURTIS LEE MORRISON
Counsel for Plaintiffs

Dated:  December 22, 2023

/s/ *ELLIOT C. WONG*

ELLIOT C. WONG
Assistant United States Attorney
Counsel for Defendants

**ORDER**

In accordance with the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiffs to respond to Defendants' Motion for Summary Judgment is extended to February 24, 2024.  The motion hearing set for February 16, 2024, and Status (Pretrial Scheduling) Conference set for January 25, 2024, are hereby **continued** to March 29, 2024, at 10:00 AM in Courtroom 3 (KJM) before the undersigned, with the filing of a joint status report due 14 days prior.

IT IS SO ORDERED.

DATED:  January 4, 2024.

CHIEF UNITED STATES DISTRICT JUDGE