UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lailaa Iqbal, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Antony J. Blinken, et al.,<br><br>    Defendants. | No.  2:23-cv-01299-KJM-KJN |
| Zaid Khan, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Antony J. Blinken, et al.,<br><br>    Defendants. | No.  2:23-cv-02814-CKD<br><br>**ORDER** |

The court has reviewed defendants' notice of related cases, ECF No. 27 (*Iqbal*, Case No. 23-1299); ECF No. 7 (*Khan*, Case No. 23-2814).  The court finds the above-captioned actions are not related within the meaning of Local Rule 123(a) and declines to take any further action.  *Khan*, Case No. 23-2814 shall remain pending before Magistrate Judge Carolyn K. Delaney.

IT IS SO ORDERED.

DATED:  January 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE