CURTIS LEE MORRISON (CSBN 321106)
Red Eagle Law LC
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Phone: (714)661-3446
Email: curtis@redeaglelaw.com
*Attorney for Plaintiffs*

PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I St., Ste. 10-100
Sacramento, CA 95814
Telephone: (916) 554-2764
E-mail: elliot.wong@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILAA IQBAL, ET AL.,<br><br>   Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, ET AL.,<br><br>   Defendants. | CASE NO.  2:23-CV-01299-KJM-KJN<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME OF PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 143**<br><br>District Court Judge Kimberly J. Mueller |

    Plaintiffs' deadline to file an opposition to Defendants' motion for summary judgment is currently February 24, 2024.

    However, Defendants have already interviewed both remaining Beneficiary Plaintiffs on January 29, 2024 at US Embassy Islamabad. While one Beneficiary Plaintiff was issued a visa, the application for Plaintiff IRSA JAMIL (case number: ISL2021725006) was refused under 221(g) and put in administrative processing. Considering the possibility that the administrative processing for Plaintiff IRSA JAMIL's

application will be completed soon, Plaintiffs seek a 30-day extension of their deadline, which Defendants do not oppose.

Thus, the parties stipulate to continuing Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment from February 24, 2024 to March 25, 2024.

Dated:  February 6, 2024

/s/ *Curtis Lee Morrison*

CURTIS LEE MORRISON
Counsel for Plaintiffs

Dated:  February 6, 2024

/s/ ELLIOT C. WONG

ELLIOT C. WONG
Assistant United States Attorney
Counsel for Defendants

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiffs to respond to Defendants' Motion for Summary Judgment is extended to March 25, 2024.

IT IS SO ORDERED.

DATED:  February 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE