PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILAA IQBAL, ET AL., | CASE NO. 2:23-CV-01299-KJM-KJN |
| Plaintiffs, | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | |
| ANTONY BLINKEN, ET AL., | |
| Defendants. | |

STIPULATION                           1

The parties, by and through their respective attorneys of record, hereby stipulate as follows:

Currently pending before this Court are (1) Plaintiffs' reconsideration motion (ECF 59) and (2) Defendants' reconsideration motion (ECF 61).  These motions are fully briefed.  By previous order, this Court adopted the schedule proposed in the parties' joint status report (ECF 60), which includes briefing deadlines for contemplated cross-motions for summary judgment (x-MSJs).

The parties have met and conferred and propose the following modified briefing schedule:

(1) X-MSJs shall be due 30 days following entry of a decision on the two pending reconsideration motions (ECF 59 & 61).  This deadline shall run from the decision date on the last remaining motion.

(2) The deadlines for x-MSJ opposition and reply briefs shall be set according to Local Rule 260.

(3) X-MSJ hearing dates shall be noticed for the earliest available law and motion date in accordance with Local Rule 230(a).

Dated:  December 2, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CURTIS LEE MORRISON
CURTIS LEE MORRISON
Counsel for Plaintiff

ORDER

It is so ordered.

DATED:  December 6, 2024.

UNITED STATES DISTRICT JUDGE

STIPULATION