THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILAA IQBAL, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARCO RUBIO, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01299-KJM-CSK<br><br>**ORDER** |

　　　Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiffs to move for EAJA fees is July 31, 2025, the deadline for Defendants to respond to Plaintiffs' Motion is August 28, 2025, and the deadline for Plaintiffs to reply is September 4, 2025.

　　　IT IS SO ORDERED.

DATED: July 31, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE